UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-03374-JLS-JC                                                      Date: April 25, 2025
Title:  Zaven Yeremyan et al v. Mercedes-Benz USA, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT**

   Plaintiffs filed this lemon-law action in Los Angeles County Superior Court, asserting claims against Defendant for violations of the Song-Beverly Consumer Warranty Act.  (Ex. A to Narain Decl., Compl. ¶¶ 25–66, Doc. 1-2.)  Defendant removed this action on April 16, 2025, invoking this Court's diversity jurisdiction.  *See* 28 U.S.C. §§ 1332(a), 1441(a), 1446(b)(1).  (Notice of Removal ("NOR"), Doc. 1.)

   As the party invoking the removal jurisdiction of this Court, Defendant bears "the burden of establishing federal jurisdiction."  *California ex. Rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir. 2004).  It is "elementary that the subject matter jurisdiction of the district court is not a waivable matter and may be raised at anytime by one of the parties, by motion or in the responsive pleadings, or *sua sponte* by the trial or reviewing court."  *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1194 n.2 (9th Cir. 1988).  "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."  28 U.S.C. § 1447(c).

   Here, Plaintiffs' Complaint does not specify the damages sought, so Defendant was obligated to plausibly allege the amount in controversy.  *Moe v. GEICO Indem. Co.*, 73 F.4th 757, 761 (9th Cir. 2023).  However, Defendant's Notice of Removal includes

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03374-JLS-JC                                                    Date: April 25, 2025
Title:  Zaven Yeremyan et al v. Mercedes-Benz USA, LLC et al

insufficient information to establish that the amount-in-controversy requirement is satisfied, and the Court thus *sua sponte* questions its subject matter jurisdiction.  *See id.*, 73 F.4th at 761–62.

      For this reason, the Court ORDERS Defendant to show cause, in writing, no later than **seven (7) days** from the date of this Order, why the Court should not remand this action to Los Angeles County Superior Court.  Plaintiffs have **seven (7) days** thereafter to submit any response.  No further briefing is permitted.  Following submission of the parties' briefing, which shall not exceed **five (5) pages**, excluding any declaration(s), the matter will be deemed under submission and the Court will thereafter issue an Order.

      Initials of Deputy Clerk: kd